IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Terri Jones,                              :
                    Petitioner            :
                                          :
          v.                              : No. 1531 C.D. 2016
                                          :
Workers' Compensation Appeal              :
Board (Villanova University),             :
                    Respondent            :

# **O R D E R**

AND NOW, this 9th day of June, 2017, the opinion filed March 30, 2017, in the above-captioned matter shall be designated Opinion rather than Memorandum Opinion, and it shall be reported.

_____
DAN PELLEGRINI, Senior Judge